IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:15cr1-MW/MJF

DONTA LEMONT SPURLIN,

    Defendant/Petitioner.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 63, and has also reviewed *de novo* Petitioner's Objections to the Report and Recommendation, ECF No. 66. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner Spurlin's motion to vacate, set aside, or correct sentence, ECF No. 31, is **DENIED**. The motion for relief pursuant to Fed. R. Civ. P 60(b) and Fed. R. Civ. P. 60(d), as supplemented, ECF Nos. 51, 51, is **DENIED**. The request to file a second supplement to the § 2255 motion, ECF No. 58, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

**SO ORDERED** on September 25, 2019.

                                              s/Mark E. Walker
                                              **Chief United States District Judge**